STEPHEN C. NEAL (170085)
(nealsc@cooley.com)
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

FRANK PIETRANTONIO (pro hac vice)
(fpietrantonio@cooley.com)
JONATHAN G. GRAVES (pro hac vice)
(jgraves@cooley.com)
COOLEY GODWARD KRONISH LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100

ANDREW HARTMAN (pro hac vice)
(ahartman@cooley.com)
WAYNE O. STACY (pro hac vice)
(wstacy@cooley.com)
COOLEY GODWARD KRONISH LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

Attorneys for Plaintiff
RONALD A. KATZ TECHNOLOGY LICENSING L.P.

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
DEC 5 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION | Case No. 07-ML-01816-B-RGK (FFMx) |
| | Case No. CV 07-2340-RGK (FFMx) |
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | **THIRD AMENDED COMPLAINT FOR PATENT INFRINGEMENT** |
| Plaintiff, | **DEMAND FOR JURY TRIAL** |
| | **File by Fax** |

COOLEY GODWARD KRONISH LLP

CASE NO. CV 07-2340-RGK (FFMx)

THIRD AMENDED COMPLAINT FOR PATENT INFRINGEMENT

| | | |
|---|---|---|
| 1 | v. | Judge: Hon. R. Gary Klausner |
| 2 | HUMANA, INC. and HUMANA MILITARY HEALTHCARE SERVICES, INC. | Date: November 20, 2007<br>Time: 9:00 a.m. |
| 3 | | |
| 4 | Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff, Ronald A. Katz Technology Licensing, L.P. ("Katz Technology Licensing"), by counsel, alleges as follows:

## I. THE PARTIES

1. Plaintiff Katz Technology Licensing is a limited partnership organized under the laws of the State of California, and having a principal place of business at 9220 Sunset Blvd. #315, Los Angeles, California 90069.

2. On information and belief, Defendant Humana, Inc. is a corporation organized under the laws of the State of Delaware, and having a principal place of business at 500 West Main Street, Louisville, Kentucky 40202.

3. On information and belief, Defendant Humana Military Healthcare Services, Inc. is a corporation organized under the laws of the State of Delaware, and having a principal place of business at 500 West Main Street, Louisville, Kentucky 40202.

## II. JURISDICTION AND VENUE

4. This is a civil action for patent infringement arising under the United States patent statutes, 35 U.S.C. § 1 et seq.

5. The United States District Court for the Eastern District of Texas ("the Texas Court") has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a).

6. Humana, Inc. and Humana Military Healthcare Services, Inc. (collectively, the "Humana defendants") are subject to the Texas Court's personal jurisdiction because they do and have done substantial business in the Eastern District of Texas, including: (i) providing services within the Eastern District of Texas; (ii) operating infringing automated telephone systems, including without limitation the Humana commercial members telephone systems, that allow its customers, including customers within the State of Texas and in the Eastern District of Texas, to perform and obtain insurance, membership and financial services over the telephone; and (iii) regularly doing or soliciting business, engaging in other

persistent courses of conduct, and/or deriving substantial revenue from goods used or consumed by, and services provided to, individuals in the State of Texas and in the Eastern District of Texas.

7.  Venue is proper in the Eastern District of Texas under 28 U.S.C. §§ 1391(b)-(c) and 1400(b). This case is before this Court pursuant to the Transfer Order dated March 20, 2007, *In re Katz Interactive Call Processing Patent Litig.*, Docket No. 1816.

## III. BACKGROUND FACTS

8.  Ronald A. Katz ("Mr. Katz"), founder of Katz Technology Licensing, is the sole inventor of each of the patents in suit. Mr. Katz has been widely recognized as one of the most prolific and successful inventors of our time, and his inventions over the last forty-plus years have been utilized by literally millions of people.

9.  In 1961, Mr. Katz co-founded Telecredit Inc. ("Telecredit"), the first company to provide online, real-time credit authorization, allowing merchants to verify checks over the telephone. Further innovations from Telecredit include the first online, real-time, point-of-sale credit verification terminal, which enabled merchants to verify checks without requiring the assistance of a live operator, and the first device that used and updated magnetically-encoded cards in automated teller machines. Multiple patents issued from these innovations, including patents co-invented by Mr. Katz.

10. Telecredit was eventually acquired by Equifax, and has now been spun off as Certegy, a public company traded on the New York Stock Exchange. Certegy continues to provide services in the credit and check verification field established by Mr. Katz and Telecredit.

11. Mr. Katz's inventions have not been limited to telephonic check verification. Indeed, Mr. Katz is responsible for advancements in many fields of technology. Among his most prominent and well-known innovations are those in

the field of interactive call processing. Mr. Katz's inventions in that field are directed to the integration of telephonic systems with computer databases and live operator call centers to provide interactive call processing services.

12.  The first of Mr. Katz's interactive call processing patents issued on December 20, 1988. More than fifty U.S. patents have issued to Mr. Katz for his inventions in the interactive call processing field, including each of the patents-in-suit.

13.  In 1988, Mr. Katz partnered with American Express to establish FDR Interactive Technologies, later renamed Call Interactive, to provide interactive call processing services based on Mr. Katz's inventions. The American Express business unit involved in this joint venture later became known as First Data.

14.  Early clients of Call Interactive included The New York Times, ABC's Monday Night Football, KABC Radio, CBS News, and Beatrice Foods (Hunt-Wesson division).

15.  Many of these clients utilized Call Interactive technology for high-profile events. For example, CBS News hired Call Interactive to operate an interactive, real-time telephone poll to gauge viewer reaction to President George H.W. Bush's 1992 State of the Union address.

16.  Mr. Katz sold his interest in Call Interactive to American Express in 1989 but continued to provide advisory services to Call Interactive until 1992. American Express later spun off the First Data business unit into a separate corporation, and with that new entity went Mr. Katz's interactive call processing patents and the Call Interactive call processing business. The former Call Interactive, now known as First Data Voice Services, continues to provide call processing solutions today.

17.  In 1994, Mr. Katz formed Katz Technology Licensing, which acquired the rights to the entire interactive call processing patent portfolio, including the rights to each of the patents-in-suit, from First Data, the owner of all of the Katz

interactive call processing patents at that time.

18. The marketplace has clearly recognized the value of Mr. Katz's inventions. Indeed, over 200 companies, including in some instances direct competitors of the defendants, have licensed the patents-in-suit. Licensees include IBM, Hewlett-Packard, Bank of America, JPMorgan Chase, Wells Fargo, HSBC, AT&T, Verizon, Sprint, Microsoft, Delta Airlines, Merck, Sears, and Home Shopping Network. These licensees and others acknowledge the applicability of the patents-in-suit to multiple fields of use, including but not limited to financial services call processing, automated securities transactions, automated credit card authorization services, automated wireless telecommunication services and support, automated health care services, and product and service support.

19. Each of the defendants employs the inventions of certain of the patents-in-suit. Katz Technology Licensing, through its licensing arm A2D, L.P., has repeatedly attempted to engage the defendants in licensing negotiations, but to date, none of the defendants have agreed to take a license to any of the patents-in-suit.

## IV.  THE PATENTS-IN-SUIT

20. On December 20, 1988, the United States Patent and Trademark Office duly and legally issued United States Patent No. 4,792,968 ("the '968 Patent"), entitled "Statistical Analysis System For Use With Public Communication Facility," to Ronald A. Katz, sole inventor. The '968 Patent expired on December 20, 2005.

21. On September 27, 1994, the United States Patent and Trademark Office duly and legally issued United States Patent No. 5,351,285 ("the '285 Patent"), entitled "Multiple Format Telephonic Interface Control System," to Ronald A. Katz, sole inventor. The '285 Patent expired on December 20, 2005.

22. On October 1, 1996, the United States Patent and Trademark Office duly and legally issued United States Patent No. 5,561,707 ("the '707 Patent"),

entitled "Telephonic Interface Statistical Analysis System," to Ronald A. Katz, sole inventor. The '707 Patent expired on December 20, 2005.

23. On November 4, 1997, the United States Patent and Trademark Office duly and legally issued United States Patent No. 5,684,863 ("the '863 Patent"), entitled "Telephonic-Interface Statistical Analysis System," to Ronald A. Katz, sole inventor. The '863 Patent expired on December 20, 2005.

24. On September 29, 1998, the United States Patent and Trademark Office duly and legally issued United States Patent No. 5,815,551 ("the '551 Patent"), entitled "Telephonic-Interface Statistical Analysis System," to Ronald A. Katz, sole inventor. The '551 Patent expired on December 20, 2005.

25. On October 27, 1998, the United States Patent and Trademark Office duly and legally issued United States Patent No. 5,828,734 ("the '734 Patent"), entitled "Telephone Interface Call Processing System With Call Selectivity," to Ronald A. Katz, sole inventor.

26. On June 29, 1999, the United States Patent and Trademark Office duly and legally issued United States Patent No. 5,917,893 ("the '893 Patent"), entitled "Multiple Format Telephonic Interface Control System," to Ronald A. Katz, sole inventor. The '893 Patent expired on December 20, 2005.

27. On October 26, 1999, the United States Patent and Trademark Office duly and legally issued United States Patent No. 5,974,120 ("the '120 Patent"), entitled "Telephone Interface Call Processing System With Call Selectivity," to Ronald A. Katz, sole inventor.

28. On November 14, 2000, the United States Patent and Trademark Office duly and legally issued United States Patent No. 6,148,065 ("the '065 Patent"), entitled "Telephonic-Interface Statistical Analysis System," to Ronald A. Katz, sole inventor. The '065 Patent expired on July 10, 2005.

29. On September 18, 2001, the United States Patent and Trademark Office duly and legally issued United States Patent No. 6,292,547 ("the '547

Patent"), entitled "Telephonic-Interface Statistical Analysis System," to Ronald A. Katz, sole inventor. The '547 Patent expired on July 10, 2005.

30. On January 1, 2002, the United States Patent and Trademark Office duly and legally issued United States Patent No. 6,335,965 ("the '965 Patent"), entitled "Voice-Data Telephonic Interface Control System," to Ronald A. Katz, sole inventor. The '965 Patent expired on December 20, 2005.

31. On February 19, 2002, the United States Patent and Trademark Office duly and legally issued United States Patent No. 6,349,134 ("the '134 Patent"), entitled "Telephonic-Interface Statistical Analysis System," to Ronald A. Katz, sole inventor. The '134 Patent expired on December 20, 2005.

32. On August 13, 2002, the United States Patent and Trademark Office duly and legally issued United States Patent No. 6,434,223 ("the '223 Patent"), entitled "Telephone Interface Call Processing System With Call Selectivity," to Ronald A. Katz, sole inventor. The '223 Patent expired on July 10, 2005.

33. On January 13, 2004, the United States Patent and Trademark Office duly and legally issued United States Patent No. 6,678,360 ("the '360 Patent"), entitled "Telephonic-Interface Statistical Analysis System," to Ronald A. Katz, sole inventor. The '360 Patent expired on July 10, 2005.

## COUNT I
### (PATENT INFRINGEMENT BY HUMANA, INC. and HUMANA MILITARY HEALTHCARE SYSTEMS, INC.)

34. Katz Technology Licensing realleges and incorporates by reference paragraphs 1 to 33 as if fully set forth herein.

35. Katz Technology Licensing is the sole holder of the entire right, title, and interest in the '968, '285, '707, '863, '551, '734, '893, '120, '065, '547, '965, '134, '223, and '360 Patents.

36. The Humana defendants operate automated telephone systems, including without limitation the Humana commercial members telephone systems,

that allow their customers to perform and obtain insurance, membership and financial services over the telephone.

37.     The Humana defendants have directly and contributorily infringed, and induced others to infringe, one or more claims of each of the patents identified in paragraph 35 of this Complaint by making, using, offering to sell, and/or selling within the United States automated telephone systems, including without limitation the Humana commercial members telephone systems.

38.     The Humana defendants continue to infringe, contributorily infringe, and induce others to infringe the '734 and '120 Patents.

39.     The Humana defendants' infringement of the patents identified in paragraph 35 of this Complaint has been willful.

40.     Katz Technology Licensing has been, and continues to be, damaged and irreparably harmed by the Humana defendants' infringement, which will continue unless the Humana defendants are enjoined by this Court and/or the Texas Court.

### REQUEST FOR RELIEF

WHEREFORE, Plaintiff Katz Technology Licensing respectfully requests the following relief:

A.     A judgment holding the Humana defendants liable for infringement of the patents identified in paragraph 35 of this Complaint;

B.     A permanent injunction against the Humana defendants, their officers, agents, servants, employees, attorneys, parent and subsidiary corporations, assigns and successors in interest, and those persons in active concert or participation with them, enjoining them from continued acts of infringement of the '734 and '120 Patents;

C.     An accounting for damages resulting from the Humana defendants' infringement of the patents identified in paragraph 35 of this Complaint, together with pre-judgment and post-judgment interest;

D. A judgment holding that the Humana defendants' infringement of the patents identified in paragraph 35 of this Complaint is willful, and a trebling of damages pursuant to 35 U.S.C. § 284;

E. A judgment holding this Action an exceptional case, and an award to Plaintiff Katz Technology Licensing for its attorneys' fees and costs pursuant to 35 U.S.C. § 285; and

F. Such other relief as this Court and/or the Texas Court deem just and equitable.

Dated: October 26, 2007

Respectfully submitted,

COOLEY GODWARD KRONISH LLP

_____

Stephen C. Neal (CA Bar No. 170085)
nealsc@cooley.com
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Frank V. Pietrantonio (pro hac vice)
fpietrantonio@cooley.com
Jonathan G. Graves (pro hac vice)
jgraves@cooley.com
COOLEY GODWARD KRONISH LLP
One Freedom Square
11951 Freedom Drive
Reston, VA 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100

Andrew Hartman (pro hac vice)
ahartman@cooley.com
Wayne O. Stacy (pro hac vice)
wstacy@cooley.com
Chad T. Nitta (pro hac vice)
cnitta@cooley.com
COOLEY GODWARD KRONISH LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: (720) 566-4000
Facsimile: (720) 566-4099

Attorneys for Plaintiff
RONALD A. KATZ TECHNOLOGY
LICENSING L.P.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff Ronald A. Katz Technology Licensing, L.P. hereby demands a trial by jury.

Dated: October 26, 2007

Respectfully submitted,

COOLEY GODWARD KRONISH LLP

*/s/ Stephen C. Neal*

Stephen C. Neal (CA Bar No. 170085)
nealsc@cooley.com
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Frank V. Pietrantonio (pro hac vice)
fpietrantonio@cooley.com
Jonathan G. Graves (pro hac vice)
jgraves@cooley.com
COOLEY GODWARD KRONISH LLP
One Freedom Square
11951 Freedom Drive
Reston, VA 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100

Andrew Hartman (pro hac vice)
ahartman@cooley.com
Wayne O. Stacy (pro hac vice)
wstacy@cooley.com
Chad T. Nitta (pro hac vice)
cnitta@cooley.com
COOLEY GODWARD KRONISH LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

Attorneys for Plaintiff
RONALD A. KATZ TECHNOLOGY
LICENSING L.P.

283234 v2/CO