# Exhibit A

## EXHIBIT A

## April 2008

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 13 | 14 | 15<br><br>R. Katz Prep (30(b)(6) & personal, American Airlines) | 16<br><br>American Airlines' 30(b)(6) and personal (R. Katz)<br><br>B. Rivette Prep (30(b)(6), DHL) | 17<br><br>DHL's 30(b)(6) (B. Rivette) | 18 | 19 |
| 20 | 21 | 22<br><br>B. Rivette Prep (30(b)(6), FedEx) | 23<br><br>Federal Express' 30(b)(6) (B. Rivette) | 24<br><br>B. Rivette Prep (30(b)(6), Caremark) | 25<br><br>Caremark's 30(b)(6) (B. Rivette) | 26 |
| 27 | 28<br><br>B. Rivette Prep (30(b)(6), Amtrak) | 29<br><br>Day 1: Amtrak's 30(b)(6) (B. Rivette)<br><br>R. Katz Prep (30(b)(6), GE) | 30<br><br>Day 2: Amtrak's 30(b)(6) (B. Rivette)<br><br>R. Katz Prep (30(b)(6) & personal, Cablevision) | | | |

362715 v2/RE

**May 2008**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  |  |  | 1<br><br>B. Rivette Prep (30(b)(6), AOL)<br><br>R. Katz unavailable | 2<br><br>R. Katz and B. Rivette unavailable | 3 |
| 4<br><br>B. Rivette Prep (30(b)(6), Cox)<br><br>R. Katz Prep (30(b)(6), Time Warner Cable) | 5<br><br>Time Warner's 30(b)(6) (R. Katz)<br><br>Cox's 30(b)(6) (B. Rivette) | 6<br><br>AOL's 30(b)(6) (B. Rivette)<br><br>R. Katz Prep (30(b)(6) & personal, DirecTV) | 7<br><br>DirecTV's 30(b)(6) (R. Katz)<br><br>DirecTV's personal R. Katz<br><br>B. Rivette unavailable | 8<br><br>B. Rivette Prep (30(b)(6), GM) and (30(b)(6), US Bancorp)<br><br>Cablevision's 30(b)(6) and personal (R. Katz) | 9<br><br>GM's 30(b)(6) (B. Rivette) | 10<br><br>B. Rivette and R. Katz unavailable |
| 11<br><br>R. Katz and B. Rivette unavailable | 12<br><br>U.S. Bankcorp's 30(b)(6) (B. Rivette)<br><br>Day 1: GE's 30(b)(6) (R. Katz) | 13<br><br>Day 2: GE's 30(b)(6) (R. Katz)<br><br>B. Rivette Prep (30(b)(6), Whirlpool) | 14<br><br>**Fact Discovery Cut Off**<br><br>GE's 30(b)(6) (R. Katz)<br><br>Whirlpool's 30(b)(6) (B. Rivette) | 15 | 16 | 17 |
| 18<br><br>R.Katz Prep for CVS personal and 30(b)(6). | 19<br><br>CVS's 30(b)(6) (R. Katz)<br><br>CVS's personal (R. Katz | 20 | 21 | 22 | 23 | 24 |

362715 v2/RE

2